# United States Court of Appeals for the Federal Circuit

---

**MAXELL, LTD.,**
*Plaintiff-Appellant*

**v.**

**AMPEREX TECHNOLOGY LIMITED,**
*Defendant-Appellee*

---

2023-1194

---

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-00347-ADA, 6:21-cv-01007-ADA, Judge Alan D. Albright.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court